UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTONIO D. HALL                                CIVIL ACTION NO. 12-3037

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

N. BURL CAIN                               MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is Petitioner Antonio D. Hall's ("Hall") Motion for Relief from Judgment or to Reconsider Judgment, wherein he asks the Court to reconsider its Judgment of February 11. 2016. See Record Document 35. The State of Louisiana has opposed the motion. See Record Document 37.

The Court has considerable discretion in granting a motion for reconsideration under Rule 59(e), which allows a motion to alter or amend a judgment. Motions to reconsider serve the narrow purpose of allowing a party "to correct manifest errors of law or fact or present newly discovered evidence." Nationalist Movement v. Town of Jena, 321 Fed.Appx. 359, 364 (5th Cir.2009), citing Waltman v.. Int'l Paper Co., 875 F.2d 468, 473 (5th Cir.1989). Such motions cannot be used to raise arguments which could, and should, have been made before the judgment issued or to re-urge matters that have already been advanced by a party. See Simon v. U.S., 891 F.2d 1154, 1159 (5th Cir.1990), quoting FDIC v. Meyer, 781 F.2d 1260, 1268 (7th Cir.1986); see also Nationalist, 321 Fed.Appx. at 364 & Waltman, 875 F .2d at 473-474). With these legal principles in mind and based on the showing made in his motion, Hall's request for relief from judgment or for the Court to reconsider its judgment is **DENIED**.

Accordingly,

**IT IS ORDERED** that Hall's Motion for Relief from Judgment or to Reconsider Judgment (Record Document 35) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 11th day of April, 2016.

                                                S. MAURICE HICKS, JR.
                                       UNITED STATES DISTRICT JUDGE